```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 09502
   GILDARDO P FLORES SR
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-9090

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 05/25/2007 and was confirmed 08/02/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   5.00%.

     The case was dismissed after confirmation 11/29/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
HOME LOAN SERVICES INC   CURRENT MORTG           .00            .00            .00
HOME LOAN SERVICES INC   MORTGAGE ARRE           .00            .00            .00
AMERICAN EXPRESS CENTURI UNSECURED           2615.26            .00            .00
AMERICAN EXPRESS BANK    UNSECURED           1204.41            .00            .00
CACH LLC                 UNSECURED         NOT FILED            .00            .00
CAPITAL ONE              UNSECURED            479.54            .00            .00
CAPITAL ONE              UNSECURED           1022.31            .00            .00
CAPITAL ONE              UNSECURED            573.89            .00            .00
PORTFOLIO RECOVERY ASSOC UNSECURED           5674.62            .00            .00
CITIBANK                 UNSECURED         NOT FILED            .00            .00
CITIBANK USA             UNSECURED         NOT FILED            .00            .00
COLLECTION SYSTEMS INC   UNSECURED         NOT FILED            .00            .00
COLLECTION SYSTEMS INC   UNSECURED         NOT FILED            .00            .00
PORTFOLIO RECOVERY       UNSECURED            679.58            .00            .00
GEMB/WALMART             UNSECURED         NOT FILED            .00            .00
FEDERATED RETAIL HOLDING UNSECURED            391.49            .00            .00
RESURGENT CAPITAL SERVIC UNSECURED            816.59            .00            .00
ROUNDUP FUNDING LLC      UNSECURED           1256.53            .00            .00
WFFINANCIAL              UNSECURED           1197.67            .00            .00
RJM AQUISITIONS FUNDING  UNSECURED            105.69            .00            .00
CHASE BANK USA           UNSECURED           3816.48            .00            .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY       2,934.00                         577.22
TOM VAUGHN               TRUSTEE                                             42.78
DEBTOR REFUND            REFUND                                                .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   620.00

PRIORITY                                              .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 07 B 09502 GILDARDO P FLORES SR
```

```
SECURED                                                               .00
UNSECURED                                                             .00
ADMINISTRATIVE                                                     577.22
TRUSTEE COMPENSATION                                                42.78
DEBTOR REFUND                                                         .00
                                    ----------------    ----------------
TOTALS                                        620.00              620.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
     Dated: 02/27/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```